AO 106 (Rev. 04/10) Application for a Search Warrant  HH

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
USPS Priority Mail parcel with tracking number ) Case No. 2:19-mj-137
9205590175547700013615 2244 addressed to )
"Quintessentials, 1491 Polaris Pkwy Ste 219, Columbus, OH" )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property
USPS Priority Mail parcel with tracking number 9205590175547700013615 2244 addressed to "Quintessentials, 1491 Polaris Pkwy Ste 219, Columbus, OH 43240-2041", and bearing the return address of "GRBIZZ, 333 S Franklin St, Tampa, FL 33602."

located in the ____Southern____ District of ____Ohio, Eastern Division____ , there is now concealed *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  ☑ evidence of a crime;
  ☑ contraband, fruits of crime, or other items illegally possessed;
  ☐ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| Title 21 USC 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector Mohamed Sabrah, incorporated herein by reference

  ☑ Continued on the attached sheet.
  ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mohamed Sabrah, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/15/2019

*Judge's signature*

City and state: COLUMBUS, OHIO     Elizabeth A. Preston Deavers, U.S MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF )
)
USPS Priority Mail parcel )
9205590175547700013615224 )   Case no: 2:19-mj-137
addressed to "Quintessentials, 1491 Polaris )
Pkwy Ste 219, Columbus, OH 43240-2041." )   Magistrate Judge

### Affidavit in Support of Application for Search Warrant

I, Mohamed Sabrah, Postal Inspector, being duly sworn, depose and state as follows:

1. I have been a U.S. Postal Inspector for the U.S. Postal Inspection Service since February, 2016, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local law enforcement units. I have received an additional 40-hour Prohibited Mailings training by the U.S. Postal Inspection Service.

2. The U.S. Postal Inspection Service is aware that drug traffickers have been using Priority Mail, a business-oriented service offered by the Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas to identify instances where there is a possibility of drug trafficking.

3. On February 15, 2019, Inspectors identified a USPS Priority Mail parcel with tracking number 9205590175547700013615224, which was believed to contain narcotics. Inspectors identified this as a suspect drug parcel based on several characteristics, including but not limited to type of mail, origin, destination, and size.

4. On February 15, 2019, Postal Inspectors took custody of USPS Priority Mail parcel with tracking number 9205590175547700013615224, which was addressed to "Quintessentials, 1491 Polaris Pkwy Ste 219, Columbus, OH 43240-

1

2041", and which bore a return address of "GRBIZZ, 333 S Franklin St, Tampa, FL 33602." The parcel is a Priority Mail Large Flat Rate cardboard box, weighing 5 pounds and 0 ounces, and was mailed on February 11, 2019, from Tampa, FL 33602 with electronic postage affixed.

5. According to law enforcement databases, the delivery address of 1491 Polaris Pkwy Ste 219, Columbus, OH 43240-2041 does exist. The location is a UPS Store and commercial mail receiving agency (CMRA.) Your affiant knows that narcotics traffickers often use CMRAs in an attempt to hide their identity and protect the location of their residence or other locations used to store and sell narcotics.

6. According to law enforcement databases, the return address of 333 S Franklin St., Tampa, FL 33602 does exist, but does not associate to any business or person utilizing the name GRBIZZ. A google maps search indicates that the location is the Tampa Florida Convention Center.

7. Your affiant knows that in the past, drug traffickers have used CMRAs to receive parcels containing illegal narcotics and have used non-existent addresses or addresses belonging to others for the sender/return address, in an attempt to legitimize the shipment in the event that the parcel is seized by law enforcement officers. Additionally, Florida is a known source area for the shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

8. On February 15, 2019, Postal Inspectors contacted Detective Austin Francescone #709, Franklin County Sheriff's office, who is the handler for "Riot," a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of marijuana, hashish, cocaine, "crack", heroin, and methamphetamine and their derivartives. K-9 "Riot" has had 200 hours of training at Ohio Working Dogs and Merry K9 service. Ohio Working Dogs and Merry K9 is a highly regarded training facility for police canines. Both in training and in actual deployments, K9 Riot has successfully detected narcotics odor, demonstrating clear, positive, passive alerts, establishing him as a highly reliable police dog.

9. The subject parcel was hidden among other packages, and "Riot" was allowed to search the entire area. Detective Francecone concluded that K-9 "Riot" did alert positively to U.S. Postal Service Mail parcel bearing label no 9205590175547700013615224. Based on that alert, Detective Francecone concluded that the odor of one of the drugs that K-9 "Riot" is trained and certified to detect was present.

10. Based on the information contained herein, your affiant submits that there is probable cause to believe that the USPS Priority Mail parcel bearing tracking number 9205590175547700013615224 contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b). Your affiant therefore respectfully requests that the Court issue a warrant

2

authorizing the search of the target parcel for controlled substances to be seized.

_____
Mohamed Sabrah
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 15th day of February, at Columbus, Ohio.

_____
United States Magistrate Judge
U.S. Magistrate Elizabeth A. Deavers

3